UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGG VIGLIOTTI,

                                    Plaintiff,

         - against -

EVANOV COMMUNICATIONS, INC.

                                    Defendant.

Docket No. 1:18-cv-274

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Gregg Vigliotti ("Vigliotti" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Enanov Communications, Inc. ("Enanov" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a vodka filled turkey, owned and registered by Vigliotti, a New York based professional photographer. Accordingly, Vigliotti seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant transacts business in New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Vigliotti is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 700 East 134 Street Apt. 4A, Bronx, New York 10454.

6.      Upon information and belief, Enanov is a Canadian corporation with a place of business at 5312 Dundas Street West, Etobicoke, ON M9B1B3. At all times material, hereto, Enanov has owned and operated a website at the URL: www.Jewel925.com (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Vigliotti photographed a vodka filled turkey (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Vigliotti is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph was registered with the United States Copyright Office and was given registration number VA 2-080-374.

**B.      Defendant's Infringing Activities**

10.      Enanov ran an article on the Website entitled *Vodka With Your Turkey.* See http://jewel925.com/vodka-with-your-turkey/. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

11.      Enanov did not license the Photograph from Plaintiff for its article, nor did Enanov have Plaintiff's permission or consent to publish the Photograph on its Website.

## FIRST CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST ENANOV)
### (17 U.S.C. §§ 106, 501)

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.     Enanov infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Enanov is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Enanov have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18.     Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant Enanov be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of

Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000

per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.      That Defendant be required to account for all profits, income, receipts, or other

benefits derived by Defendant as a result of its unlawful conduct;

4.      That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to

17 U.S.C. § 505;

5.      That Plaintiff be awarded pre-judgment interest; and

6.      Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).


Dated: Valley Stream, New York
      January 12, 2018

                                LIEBOWITZ LAW FIRM, PLLC

                                By: /s/Richard Liebowitz
                                   Richard P. Liebowitz
                                11 Sunrise Plaza, Suite 305
                                Valley Stream, New York 11580
                                Tel: (516) 233-1660
                                RL@LiebowitzLawFirm.com

                                *Attorneys for Plaintiff Gregg Vigliotti*